IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEALTHCARE SERVICES GROUP, INC., Plaintiff, v. SKYLINE SERVICES GROUP, et al., Defendants. | CIVIL ACTION NO. 17-2703 |

## ORDER

**AND NOW**, this 30th day of January 2018, upon consideration of Defendant Nancy Coover's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(3) for improper venue (Doc. No. 7), Defendant Lynell Schomaker's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and (3) for lack of personal jurisdiction and improper venue, or in the alternative, Motion to Transfer Venue to the United States District Court for the District of Nebraska pursuant to 28 U.S.C. § 1404(a) (Doc. No. 8), Plaintiff's Brief in Opposition to the Motions to Dismiss Filed by Defendants Nancy Coover and Lynell Shomaker (Doc. No. 13), and in accordance with the Opinion issued by the Court on this day, it is **ORDERED** that Defendants' Motions (Doc. Nos. 7, 8) are **DENIED**. Defendant Schomaker is **ORDERED** to file an Answer to Plaintiff's Complaint within twenty-one (21) days from the entry of this Order.[1]

BY THE COURT:

---

[1] As noted in the Opinion, Defendant Coover has already retained counsel, who filed an Answer to the Complaint on her behalf. (Doc. No. 27.)

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.