IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEALTHCARE SERVICES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYLINE SERVICES GROUP, LLC, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 17-2703 |

## ORDER

**AND NOW**, this 6th day of August 2020, upon consideration of Defendant Joseph Schwartz's Motion for an Order Vacating a Default Judgment Pursuant to Fed. R. Civ. P. 60(b) (Doc. No. 93); Plaintiff Healthcare Services Group, Inc.'s Response in Opposition (Doc. No. 94); and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant Joseph Schwartz's Motion (Doc. No. 93) is **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1