# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-2808

Healthcare Services Group Inc v. Skyline Services Group LLC, et al

(U.S. District Court No.: 2-17-cv-02703)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellants failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

In light of this dismissal, no action will be taken on Appellee's Motion to Dismiss Appeal.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    March 04, 2021
CJG/cc:   William M. Whitman, Esq.
Joseph E. Wolfson, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate